filed a brief on behalf of the Linen Supply Assn., Inc., as *amicus curiae*, in opposition to the petition.

No. 394. FLAVIN *v.* FRANKLIN SOCIETY FOR HOME BUILDING AND SAVINGS. November 8, 1943. Petition for writ of certiorari to the Court of Appeals of New York denied. *Martin Kane Flavin, pro se. Messrs. James A. Davis* and *Leon Quat* for respondent.

No. 408. KELLY *v.* DOWD, WARDEN. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Garfield J. Kelly, pro se.*

No. 369. BAKER ET AL. *v.* BELLOWS, EXECUTRIX. November 8, 1943. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Norman Baker, pro se.*

No. 395. UNITED STATES *v.* CUSHMAN, EXECUTRIX. November 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Fahy* for the United States. *Mr. Fred A. Steiner* for respondent.

No. 419. STALEY, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. November 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles C. LeForgee* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Misses Helen R.*